

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2018

No. 04-18-00537-CR

Teanna Danielle Nuputi **SAN NICOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270-C
Honorable Jefferson Moore, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 27, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court